## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 23-8727-GW-PDx | Date | April 15, 2024 |
|---|---|---|---|
| Title | *Judy Chuck, et al. v. American General Life Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Suzanne McKennon | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Alfredo Torrijos | Christopher C. Frost |

**PROCEEDINGS:** **PLAINTIFFS' MOTION TO REMAND THIS ACTION TO STATE COURT [22]; and SCHEDULING CONFERENCE**

The Court's Tentative Ruling on Plaintiffs' Motion [22] was issued on April 12, 2024 [41]. Oral argument is held. The Tentative Ruling is adopted as the Court's Final Ruling. Plaintiffs' Motion is DENIED.

Court and counsel discuss scheduling. A separate scheduling order is to issue.

: 17

Initials of Preparer   JG