Joshua H. Haffner (SBN 188652)
jhh@haffnerlawyers.com
Alfredo Torrijos (SBN 222458)
at@haffnerlawyers.com
Trevor Weinberg (SBN 330778)
tw@haffnerlawyers.com
HAFFNER LAW PC
15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
T: (213) 514-5681
F: (213) 514-5682

*Attorneys for Plaintiffs*

Christopher C. Frost (SBN 315932)
cfrost@maynardnexsen.com
Caleb C. Wolanek (pro hac vice)
cwolanek@maynardnexsen.com
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 352103
T: (205) 254-1000
F: (205) 254-1999

*Attorneys for Defendant
American General Life Insurance Company*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION—LOS ANGELES

| | |
|---|---|
| JUDY CHUCK, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants. | Case No. 2:23-CV-8727-GW-PD<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed:　September 6, 2023<br>Status Conference:　December 9, 2024<br>　　　　　　　　　8:30 a.m.<br>District Judge:　　Hon. George H Wu |

- 2 -
Joint Notice of Settlement

Pursuant to Federal Rule of Civil Procedure 16, plaintiffs Judy Chuck, Bryan Chang, Howard Chang, and Justin Chang ("Plaintiffs") and defendant American General Life Insurance Company (collectively referred to as "the Parties") hereby jointly provide notice that the Parties attended mediation on December 4, 2024, and have reached an agreement to resolve the above-captioned action.

The Parties are finalizing the settlement documents, and anticipate filing a stipulation of dismissal within 60 days.

The Parties jointly request that the Court issue an Order to vacate all pending dates in this Action, and set a deadline of February 3, 2025, for the Parties to file a stipulation of dismissal or, if the Parties are still working on finalizing settlement, then a status report regarding the status of the settlement.

Respectfully Submitted,

Date: December 5, 2024

HAFFNER LAW PC

/s/ Trevor Weinberg
Joshua H. Haffner (SBN 188652)
Alfredo Torrijos (SBN 222458)
Trevor Weinberg (SBN 330778)
*Attorneys for Plaintiffs*

Date: December 5, 2024

MAYNARD NEXSEN PC

/s/ Christopher C. Frost
Christopher C. Frost (SBN 315932)
Caleb C. Wolanek (pro hac vice)

Garrett Owens (SBN 350086)
gowens@maynardnexsen.com
MAYNARD NEXSEN LLP
10111 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
T: (310) 596-4500
F: (205) 254-1999
*Attorneys for Defendant*
*American General Life Insurance Company*

**Attestation**

I, Trevor Weinberg, attest that the above-listed signatories, on whose behalf this document is being filed, have concurred in the filing's content and have authorized the filing. C.D. Cal. R. 5-4.3.4(a)(2)(i).

Date: December 5, 2024					HAFFNER LAW PC

						/s/ Trevor Weinberg
						Joshua H. Haffner (SBN 188652)
						Alfredo Torrijos (SBN 222458)
						Trevor Weinberg (SBN 330778)
						*Attorneys for Plaintiffs*