UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 23-8727-GW-PDx | Date | December 6, 2024 |
|---|---|---|---|
| Title | *Judy Chuck, et al. v. American General Life Insurance Company, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received the parties' Joint Notice of Settlement (ECF No. 48). Based thereon, the December 9, 2024 post-mediation status conference is continued to February 3, 2025 at 8:30 a.m. All previously set dates are off-calendar. The parties shall file a joint status report by January 30.

:

Initials of Preparer   JG