Joshua H. Haffner (SBN 188652)
jhh@haffnerlawyers.com
Alfredo Torrijos (SBN 222458)
at@haffnerlawyers.com
Trevor Weinberg (SBN 330778)
tw@haffnerlawyers.com
HAFFNER LAW PC
15260 Ventura Blvd., Suite 1520
Sherman Oaks, CA 91403
T: (213) 514-5681
F: (213) 514-5682
*Attorneys for Plaintiffs*

Christopher C. Frost (SBN 315932)
cfrost@maynardnexsen.com
Caleb C. Wolanek (*pro hac vice*)
cwolanek@maynardnexsen.com
MAYNARD NEXSEN PC
1901 Sixth Avenue North, Suite 1700
Birmingham, AL 352103
T: (205) 254-1000
F: (205) 254-1999
*Attorneys for Defendant*
*American General Life Insurance Company*
[Additional Counsel Listed on Signature Page]

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION—LOS ANGELES**

| | |
|---|---|
| JUDY CHUCK, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY, et al.,<br><br>           Defendants. | Case No. 2:23-CV-8727-GW-PD<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:   September 6, 2023<br>District Judge:      Hon. George H Wu |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Judy Chuck, Bryan Chang, Howard Chang, and Justin Chang (collectively, "Plaintiffs") and Defendant American General Life Insurance Company hereby jointly stipulate to the dismissal <u>with</u> prejudice of this action in its entirety. Each party shall bear its own costs and fees.

**IT IS SO STIPULATED.**

Respectfully Submitted,

Date: February 25, 2025        HAFFNER LAW PC

/s/ Trevor Weinberg
Joshua H. Haffner (SBN 188652)
Alfredo Torrijos (SBN 222458)
Trevor Weinberg (SBN 330778)

*Attorneys for Plaintiffs*
*Judy Chuck, Bryan Chang,*
*Howard Chang, and Justin Chang*

Date: February 25, 2025        MAYNARD NEXSEN PC

/s/ Caleb C. Wolanek
Christopher C. Frost (SBN 315932)
Caleb C. Wolanek (*pro hac vice*)

Garrett Owens (SBN 350086)
gowens@maynardnexsen.com
MAYNARD NEXSEN LLP
10111 Santa Monica Boulevard, Suite 550
Los Angeles, CA 90067
T: (310) 596-4500
F: (205) 254-1999

*Attorneys for Defendant*
*American General Life Insurance Company*

**Attestation**

I attest that the above-listed signatories, on whose behalf this document is being filed, have concurred in the filing's content and have authorized the filing. C.D. Cal. R. 5-4.3.4(a)(2)(i).

Date: February 25, 2025            HAFFNER LAW PC

/s/ Trevor Weinberg
Trevor Weinberg (SBN 330778)